# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: HSIEH, CHUNGFU E.  §   Case No. 13-32680 DM
§
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 23, 2013. The undersigned trustee was appointed on December 23, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $            6,200.00

|  |  |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]      $            6,170.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 06/05/2014 and the deadline for filing governmental claims was 06/21/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,370.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,370.00, for a total compensation of $1,370.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $49.18, for total expenses of $49.18.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2014              By:/s/Andrea Wirum Chapter 7 Trustee
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-32680 DM

**Case Name:** HSIEH, CHUNGFU E.

**Period Ending:** 06/23/14

**Trustee:** (001220) Andrea Wirum Chapter 7 Trustee

**Filed (f) or Converted (c):** 12/23/13 (f)

**§341(a) Meeting Date:** 01/28/14

**Claims Bar Date:** 06/05/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condo 1160 Misson Street, Unit 1014, San Francis | 726,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Checking account at Ally Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Wells Fargo | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account at Capital One | 0.10 | 0.00 | | 0.00 | FA |
| 5 | Various Items | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Misc books | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 2001 Toyota Camry with 54k miles | 4,440.00 | 0.00 | | 0.00 | FA |
| 9 | Timeshare Credits with Worldmark | 1,950.00 | 0.00 | | 0.00 | FA |
| 10 | Compromise with Debtor  (u) | 6,200.00 | 6,200.00 | | 6,200.00 | FA |
| **10** | **Assets   Totals** (Excluding unknown values) | **$741,140.10** | **$6,200.00** | | **$6,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 1, 2014        **Current Projected Date Of Final Report (TFR):**    September 1, 2014

Case: 13-32680    Doc# 33    Filed: 09/04/14    Entered: 09/04/14 13:40:48    Page 3 of 9

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-32680 DM |
| **Case Name:** | HSIEH, CHUNGFU E. |
| **Taxpayer ID #:** | **-***7024 |
| **Period Ending:** | 06/23/14 |

| | |
|---|---|
| **Trustee:** | Andrea Wirum Chapter 7 Trustee (001220) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7066 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/14 | {10} | Chungfu Hsieh | Acct #1; Payment #1 | 1241-000 | 2,066.67 | | 2,066.67 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,056.67 |
| 04/29/14 | {10} | Chungfu Hsieh | Acct #1; Payment #2 | 1241-000 | 2,066.67 | | 4,123.34 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,113.34 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,103.34 |
| 06/13/14 | {10} | Chungfu Hsieh | Acct #1; Payment #3 | 1241-000 | 2,066.66 | | 6,170.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,200.00 | 30.00 | $6,170.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,200.00 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $6,200.00 | $30.00 | |

| | |
|---|---|
| Net Receipts : | 6,200.00 |
| Net Estate : | $6,200.00 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7066** | 6,200.00 | 30.00 | 6,170.00 |
| | $6,200.00 | $30.00 | $6,170.00 |

Case: 13-32680   Doc# 33   Filed: 09/04/14   Entered: 09/04/14 13:40:48   Page 4 of 9

{} Asset reference(s)   Printed: 06/23/2014 12:08 PM   V.13.15

# Exhibit "C" Claims Register

## Case: 13-32680 DM   HSIEH, CHUNGFU E.

Claims Bar Date:   06/05/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/10/14 | 1007<br><br>------------------------------------------------------------------<br>Schedule F Account: 6011000385341007 | $13,337.80<br>$13,337.80 | $0.00 | $13,337.80 |
| 2 | WELLS FARGO BANK, N.A.<br>PO BOX 10438<br>MAC: X2505-036<br>DES MOINES, IA 50306<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/18/14 | 4076<br><br>------------------------------------------------------------------<br>Schedule F Account: 7612354076 | $4,300.00<br>$4,300.00 | $0.00 | $4,300.00 |
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/27/14 | 1943<br>Claim Debtor name on claim does not match this case<br>------------------------------------------------------------------<br>Schedule F Account: 4115079487731943 | $3,078.25<br>$0.00 | $0.00 | $0.00 |
| 4 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/14 | 1009<br><br>------------------------------------------------------------------<br>Schedule F Account: 3499909233936743 | $4,715.64<br>$4,715.64 | $0.00 | $4,715.64 |
| 5 | Wells Fargo Bank, National Association<br>Wells Fargo Bank, N.A.<br>P.O. Box 29482,MAC-4101-08C<br>Phoenix, AZ 85038-8650<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/14 | 4444 | $11,327.46<br>$11,327.46 | $0.00 | $11,327.46 |
| 6 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/14/14 | 9279<br><br>------------------------------------------------------------------<br>Schedule F Account: 5424180794939279 | $10,222.83<br>$10,222.83 | $0.00 | $10,222.83 |
| 7 | Wells Fargo Bank, N. A.<br>Wells Fargo Card Services<br>1 Home Campus,3rd Floor<br>Des Moines, IA 50328<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/16/14 | 7536<br><br>------------------------------------------------------------------<br>Schedule F Account: 4465420194467536 | $3,064.52<br>$3,064.52 | $0.00 | $3,064.52 |

# Exhibit "C"  Claims Register

## Case:  13-32680 DM    HSIEH, CHUNGFU E.

Claims Bar Date:    06/05/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A1 | Andrea Wirum Chapter 7 Trustee<br>P.O. Box 1108<br>Lafayette, CA 94549<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>12/23/13 | | $1,370.00<br>$1,370.00 | $0.00 | $1,370.00 |
| A2 | Andrea Wirum Chapter 7 Trustee<br>P.O. Box 1108<br>Lafayette, CA 94549<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>12/23/13 | | $49.18<br>$49.18 | $0.00 | $49.18 |
| | | | **Case Total:** | | **$0.00** | **$48,387.43** |

Exhibit D

Case No.: 13-32680 DM
Case Name: HSIEH, CHUNGFU E.
Trustee Name: Andrea Wirum Chapter 7 Trustee

**Balance on hand:** $ 6,170.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,170.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Andrea Wirum Chapter 7 Trustee | 1,370.00 | 0.00 | 1,370.00 |
| Trustee, Expenses - Andrea Wirum Chapter 7 Trustee | 49.18 | 0.00 | 49.18 |

Total to be paid for chapter 7 administration expenses: $ 1,419.18
Remaining balance: $ 4,750.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,750.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,750.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 46,968.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,337.80 | 0.00 | 1,349.11 |
| 2 | WELLS FARGO BANK, N.A. | 4,300.00 | 0.00 | 434.94 |
| 3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 4,715.64 | 0.00 | 476.99 |
| 5 | Wells Fargo Bank, National Association | 11,327.46 | 0.00 | 1,145.77 |
| 6 | PYOD, LLC its successors and assigns as assignee | 10,222.83 | 0.00 | 1,034.04 |
| 7 | Wells Fargo Bank, N. A. | 3,064.52 | 0.00 | 309.97 |

Total to be paid for timely general unsecured claims: $ 4,750.82

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00